UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1198 MJD/JGL

CATHERINE A. LEONARD,

Plaintiff,

v.

**PRETRIAL ORDER**

SUMMIT ADOPTION HOME STUDIES, INC., ET AL,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 7 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to November 1, 2000;

3. Plaintiff shall disclose all expert witnesses by February 1, 2001, reports by March 1, 2001, and Defendants shall disclose all expert witnesses by March 1, 2001, reports by April 1, 2001;

4. The period during which the parties may seek discovery shall be completed by May 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to June 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to September 1, 2001; and

7. This case will be considered "ready for trial" as of September 1, 2001.

DATED: September 8, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed SEP 08 2000
Francis E. Dosal, Clerk
Judgment Entd.__________
Deputy Clerk__________